**THORPE · NORTH · WESTERN**

P 801.566.6633  8180 S 700 E, STE 350  175 S MAIN ST, STE 900
F 801.566.0750  SANDY, UT 84070  SALT LAKE CITY, UT 84111

June 7, 2018

**VIA ECF**

Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Alcon Laboratories, Inc. v. Lens.com, Inc.*, Case No. 1:18-cv-00407-NG-RLM

Dear Judge Gershon:

    Along with Cadwalader, Wickersham & Taft LLP, the above named law firm represents Lens.com, Inc. ("Lens.com") in connection with the above-referenced matter. Pursuant to your Honor's directions at the April 25, 2018 pre-motion conference, Lens.com respectfully requests an oral argument regarding its Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue. Further, Lens.com agrees that the Court may resolve this Motion on the basis of the pleadings and declarations filed and, thus, does not request an evidentiary hearing.

        Kind Regards,

        THORPE NORTH & WESTERN, LLP

        */s/ Mark Bettilyon*

        Mark Bettilyon