UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALCON LABORATORIES, INC., <br><br>                            Plaintiff,<br><br>         v.<br><br>LENS.COM, INC.,<br><br>                            Defendant. | Case No. 1:18-cv-00407-NG-RLM<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that, upon the accompanying declaration of Joyce Liou, at a time and date to be determined by the Court, plaintiff Alcon Laboratories, Inc. ("Alcon") will move before the Honorable Nina Gershon, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an order permitting Ms. Liou to withdraw as counsel of record for Alcon.

Dated: New York, New York
        June 28, 2018

MORRISON & FOERSTER LLP

By:   /s/ Joyce Liou
      Joyce Liou
      425 Market Street
      San Francisco, CA 94105
      Telephone: (415) 268-7546
      Facsimile: (415) 268-7522
      Email: JLiou@mofo.com

*Attorneys for Plaintiff Alcon Laboratories, Inc.*

ny-1332683