**THORPE · NORTH**
**· WESTERN ·**

P 801.566.6633    8180 S 700 E, STE 350    175 S MAIN ST, STE 900
F 801.566.0750    SANDY, UT 84070         SALT LAKE CITY, UT 84111

November 20, 2018

Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Alcon Laboratories, Inc. v. Lens.com, Inc.*, Case No. 1:18-cv-00407-NG-RLM

Dear Judge Gershon,

    I write with respect to the hearing scheduled on December 10, 2018. This hearing relates to the Motion to Dismiss for Lack of Jurisdiction or to Transfer Venue (Dkt. No. 26). I will be traveling abroad on that date. Counsel for Alcon has graciously consented to an adjournment. Both parties are available for a hearing any time after January 8, 2019. We respectfully request that the Court reschedule the hearing at a time convenient to the Court after January 8th.

Regards,

THORPE NORTH & WESTERN, LLP

*Mark Bettilyon*

Mark Bettilyon

BE/ai

CC:
    Sarah L. Prutzman
    Jennifer L. Taylor
    Joyce Liou
    Jamie A. Levitt
    Catherine M. Maness
    Peter M. De Jonge
    William J. Natbony