**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: July 6, 2020  
START: 2:00 pm  
END: 7:20 pm

**DOCKET NO:** 18-cv-0407 (NG)

**CASE:** Alcon Vision, LLC v. Lens.com, Inc.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- X MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Jamie Levitt, Neal Burstyn, Jennifer Taylor, Sabrina Larson, Michael Miller |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Mark Bettilyon, William Natbony, Jed Hansen, Michael Judd |
|  |  |
|  |  |

- X **FACT DISCOVERY TO BE COMPLETED BY** September 30, 2020.
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR_____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY:_____   DEF. TO SERVE PL. BY:_____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Court hears argument and makes rulings on the record as summarized below.

Plaintiff's motion for a protective order regarding subpoenas directed to Drs. Glazier and Eiden [225] is granted. The subpoenas are contrary to this Court's January 3, 2020 ruling that the original subpoenas were grossly overbroad as written and seek MDL-related documents that Lens.com was directed to pursue before the MDL court.

Defendants' motion for a protective order [211] is denied as moot with respect to a subpoena served on A&A Optical. Defendant's motion is denied as to Livingston International, except that Requests 7 and 8 are limited to documents and communications regarding Lens.com.

Plaintiff's motion for a protective order [227] regarding subpoenas directed towards certain Alcon officers and directors is granted. To the extent that the subpoenas seek specific, non-duplicative documents that have not been produced by Alcon, Lens.com may direct its request for such documents to Alcon.

Alcon's motion to compel [151] and Lens.com's motion to compel [188] are granted in part and denied in part, to the extent set forth on the record. As to certain issues, the parties are directed to confer regarding a stipulation that would obviate the need for production of responsive documents. To the extent that the Court ordered that supplemental productions be made, they must be completed by August 6, 2020, on a rolling basis.

The deadline for completion of fact discovery is extended to September 30, 2020.